IN THE SUPREME COURT OF THE STATE OF NEVADA

WARITH DEEN ABDULLAH,
          Appellant,
    vs.
THE STATE OF NEVADA,
          Respondent.

No. 83268

**FILED**

AUG 16 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court order denying and/or dismissing a postconviction petition for a writ of habeas corpus.

Appellant filed the notices of appeal on July 21, 2021. In his notices of appeal, appellant states that he is appealing from a decision entered on June 8, 2021. However, the documents before this court do not indicate that a postconviction petition for a writ of habeas corpus was recently filed or denied in district court case numbers A-20-815563-W and 03C191016, the case numbers designated in this appeal. To the extent that appellant's appeal is in regard to the findings of fact, conclusions of law and order entered on August 25, 2020, the notice of appeal was untimely filed. *See* NRAP 4(b); *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). In addition, that order was already appealed, and the Court of

SUPREME COURT
OF
NEVADA

(O) 1947A

21-23723

Appeals affirmed the decision in Docket No. 81774-COA. A second duplicate appeal may not proceed. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.                    _____, J.
Pickering                                     Herndon


cc:   Chief Judge, Eighth Judicial District Court
      Eighth Judicial District Court, Department 1
      Warith Deen Abdullah
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk